RICHARD M. CALLAHAN, JR.
35 North Lake Avenue, Suite 710
Pasadena, CA 91101
Telephone: (626) 202-4060
Telecopier: (626) 794-4676
State Bar No. 100446
Email: rmcallahanjr@gmail.com

Attorney for Defendant
CHARISSA MARIE CHOTARD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> CLAIRE HAVILAND, *et al.*, <br> Defendants. | Case No. CR 24-570-WLH-16 <br><br> **[PROPOSED] ORDER FOR PREPARATION OF A PRE-PLEA PROBATION REPORT FOR DEFENDANT CHARISSA CHOTARD** |

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the Probation Office prepare a pre-plea Probation report for Defendant Charissa Chotard limited to her criminal history.

Dated: This ___ day of November, 2024.

_____
WESLEY L. HSU
United States District Judge